IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **EMMANUEL ADEYINKA**,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**TRIPLE J. TOWING**,<br><br>　　　　Defendant. | Case No. 3:23-cv-01327-YY<br><br>**JUDGMENT** |

**IMMERGUT, District Judge.**

　　Based on the Court's Order, ECF 12, **IT IS ADJUDGED** that this case is dismissed without prejudice.

　　DATED this 29th day of August 2025.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Karin J. Immergut
　　　　　　　　　　　　　　　　　　　　　　　　Karin J. Immergut
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge